UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAROLD G. GUNION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO. C12-5232-RSM<br><br>ORDER AFFIRMING COMMISSIONER |

　　　The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler.   It is therefore ORDERED:

　　　(1)　The Court adopts the Report and Recommendation;

　　　(2)　The Court AFFIRMS the decision of the Commissioner; and

　　　(3)　The Clerk shall direct copies of this Order to the parties and to Judge Theiler.

　　　DATED this 16 day of January 2013.

　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER AFFIRMING COMMISSIONER
PAGE -1